UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                18-CR-681 (WFK)

        -against-


JEAN BOUSTANI,
        also known as "Jean Boustany,"
NAJIB ALLAM,
        also known as "Naji Allam,"
MANUEL CHANG,
ANTONIO DO ROSARIO,
TEOFILO NHANGUMELE,
ANDREW PEARSE,
SURJAN SINGH and
DETELINA SUBEVA,


                        Defendants.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

        I am admitted to practice in this court, and I appear in this case as retained counsel for the

defendant Andrew Pearse.

Date:   New York, New York
        July 19, 2019


                                        LISA CAHILL LAW


                                        _____
                                By:     Lisa A. Cahill (LC-1732)
                                        747 Third Avenue, 32nd Floor
                                        New York, NY 10017
                                        lcahill@lisacahilllaw.com
                                        T: (917) 690-1395