U.S.D.J. William F. Kuntz, II                    DATE: 07/19/2019

## CRIMINAL CAUSE FOR PLEADING

USA v. Boustani et al
Docket No. 18-cr-681(WFK)-6     Time: 4:10 p.m. to 5:20 p.m.     In Court: 1 hr 10 min,

Defendant: Andrew Pearse
 _x_ present    ____ not present    ____ custody   _x_ bail

Def. Counsel: Lisa A. Cahill, Esq.
 _x_ present    ____ not present     _x_ RET    ___ LAS    ___ CJA

AUSA: Mark E. Bini, Hiral Mehta, Margaret Moeser, Katherin Nielsen       Deputy: Lewis Hugh

Pretrial Officer: Lourdes Vazquez

Court Reporter: Denise Parisi     Interpreter: N/A    Language: English

   _X_ Case Called
   _X_ Defendant's First Appearance
   _X_ Defendant: _X_ Sworn ____ Arraigned _X_ Informed of Rights
   ____ Waiver of Indictment Executed for Defendant
   ____ Superseding Indictment/Information Filed
   ____ Bench Warrant Issued:
   _X_ Defendant Withdraws Not Guilty Plea and Enters a **Plea of Guilty to Count One of the Indictment**/Superseding Indictment/Information.
   ____ Defendant Enters a Plea of Guilty to count ____ Of ____ the Information.
   _X_ Court Finds Factual Basis for the Plea
   _X_ Sentencing will be set by the Probation Office.
   ____ The Probation Office is directed to prepare and file the PSR by _____ on
   ____ Sentencing is scheduled for _____ at _____.
   _X_ Bail/Bond: _X_ Set ____ Continued for Defendant ____ Continued in Custody
   ____ Case Adjourned to ___/___/_____ at
   _X_ Court accepts the Plea of Guilty.
   ____ Transcript Ordered:

The Defendant entered a plea of not guilty to Counts Two, Three, and Four of the Indictment. The following documents were marked as Court's exhibits and entered into evidence: 1) The Indictment (Court's Exhibit One), 2) The Agreement (Court's Exhibit Two, sealed), 3) Court's Bond Order (Court's Exhibit Three, sealed), 4) Rider to Court's Bond Order (Court's Exhibit 3A, sealed), and 4) Order Setting Conditions of Release and Appearance Bond (Court's Exhibit Four, sealed).