

U.S. Department of Justice **FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

**SEP 03 2019** ★

*United States Attorney* ★
*Eastern District of New York*

BROOKLYN OFFICE

DCP:MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 3, 2019

<u>By Hand</u>

The Honorable William F. Kuntz, II
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    United States v. Jean Boustani <u>et al</u>.
            <u>Criminal Docket No. 18-681 (S-1) (WFK)</u>

Dear Judge Kuntz:

     On July 19, 2019, the defendant Andrew Pearse pled guilty pursuant to an agreement with the government to Count One of the original indictment in this case, Conspiracy to Commit Wire Fraud. The Court ordered the defendant's release on conditions, including two conditions that were ordered to begin on September 3, 2019, specifically, that Mr. Pearse's travel be restricted to the Eastern District of New York and the Southern District of New York, and that Mr. Pearse consent to electronic monitoring (the "September 2019 Conditions"). ECF No. 117 (Minute Entry); July 19, 2019 Tr. at 34. Although the defendant and his counsel are ready to travel from the United Kingdom to New York City and had purchased plane tickets to do so, the government learned this morning that unfortunately, despite the best efforts of the Federal Bureau of Investigation, the government has not yet received the visa required to permit the defendant's travel and entry into the United States. In order to permit time for the visa to be approved, the government respectfully requests that the September 2019 Conditions be ordered to take effect on Friday, September 6, 2019. The government apologizes to the Court for the delay, and notes that the delay was not the fault of any action or failure to act by the defendant.

Further, the defendant has been in compliance with his bail conditions since his release. The government has contacted defendant's counsel, who joins the government's application.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Mark E. Bini
Hiral D. Mehta
Assistant U.S. Attorneys
(718) 254-8761 (Bini)

cc:  Lisa Cahill, Esq.
Robert Long III, U.S. Pretrial Services Officer (via email)

The application is ___ granted.
SO ORDERED) ___ denied
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Sept 3,  20 19
Brooklyn, New York