# CRIMINAL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven L. Tiscione** |
| **DATE:** | October 11, 2019 |
| **TIME:** | 3:30 P.M. |
| **DOCKET NUMBER:** | CR-18-681 (WFK) |
| **NAME OF CASE:** | **USA -v- JEAN BOUSTANI, ET AL.** |
| **FOR GOVERNMENT:** | Moeser |
| **FOR DEFENDANT(S):** | Schachter, Jackson, Gitner |
| **INTERESTED PARTIES:** | De Kluiver (NWI Management LP)<br>Kornobis (Stone Harbor Investment Partners LLP)<br>English (Morgan Stanley Investment Management) |
| **INTERPRETER:** | N/A |
| **NEXT CONFERENCE:** | See rulings below |
| **COURT REPORTER/FTR:** | FTR (3:39 – 5:45) |
| **SEAL THIS ENTRY:** | No |

**RULINGS FROM TELEPHONE CONFERENCE:**

For the reasons discussed on the record, NWI's Motion to Quash Rule 17 Subpoena [264], Stone Harbor's Motion to Quash Rule 17 Subpoena [275], the United States' Motion to Quash Rule 17 Subpoena to Certain Victims [277] and Morgan Stanley's Motion to Quash Rule 17 Subpoena [291] are granted in part and denied in part.

Third party subpoenas are amended as specified at the hearing and parties will attempt to resolve any outstanding issues regarding compliance with the subpoenas as revised by the Court.

Parties shall advise the Court if any further issues arise concerning the subject subpoenas.