# EXHIBIT A

6 February 2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Andrew Pearse*, No. 18-CR-681 (WFK)

Dear Judge Garaufis:

I am writing to you today in anticipation of standing before you for sentencing on 6 March, 2025. I am reassured by my counsel that it is appropriate for me to write to Your Honor and that in doing so I would have the opportunity to convey my sincere regret for my actions, my disappointment in myself, to apologize to all those that my actions have harmed and to accept the consequences of those actions.

Twelve years ago, I made a decision to accept a kickback from Mr Boustani and Mr Safa, men whom I barely knew. I then recklessly got deeper in bed with these two men, merely suspecting how dangerous they might be, only to have that fear confirmed over time. These were my decisions, I knew they were wrong and in doing so, I let down everyone that I know and love. I let down my employer and I exposed investors to risks that they would not have taken had they known of my crime. I helped create projects that made an economic crisis in Mozambique worse than it would otherwise have been. Your Honor, I am truly sorry - I will never get over the guilt and shame that I feel.

In those years I showed the world the very worst of myself. A man who could not be trusted by his family, his employer or almost anyone. I was motivated by greed and in doing so, I have become the poster child for greedy, immoral bankers. Looking back, I cannot convey how disappointed I am in myself. I had the opportunity to say no at every turn, but instead I said yes.

Over the last 5 years, I have tried to show the people who I have harmed, the best of who I can be. By accepting responsibility for my crimes and cooperating with the government I hope that I have assisted in revealing the full extent of the conspiracy and helped my victims achieve justice.

In July of last year an AUSA asked me if, 6 years on, I regretted having cooperated. I told him "not for a second". As difficult as it has been to re-live the worst period of my life over and over again in public, it was the right thing to do and it has provided me with the opportunity and impetus to re-discover my values and follow a much more rewarding path.

I am grateful to Your Honour and Judge Kuntz for allowing me to spend these last 5 years in England, the country that I call home. I am grateful for many reasons.

For giving me the opportunity to start to regain the trust of my family. This is a journey that I am still on and while it breaks my heart that I have not succeeded with all of them, I am determined that I will...it just may take a lot longer than I would have hoped.

For the opportunity to have a second chance and to rediscover my values. To put my abilities to work for good. I had the benefit of two very good pieces of advice. First, from Officer Long

at Pretrial Services. He has been an inspiration in many ways but one thing he said will always stay with me - that in order to rebuild my life I would need to tear down the whole house and start again. This is not easy as it requires taking a long hard, honest look at yourself and to whole-heartedly accept responsibility for all the bad things without mitigation. That journey was aided by the second piece of advice from another Brooklyn resident, Pastor Ann Kansfield. She told me a story about one of New York's finest fire department chiefs, who when asked how he kept going further and further into a burning building said simply "I count to ten and take another step". Your Honor over the last 5 years I have counted to ten on more occasions than I would care to remember, but I have kept going.

I am proud of the work that I have done within the community – starting with the Greenpoint Reformed Church Food Pantry, helping those in need during the Covid pandemic, at the Banbury foodbank, the Wolverton Foodcycle soup kitchen and laterally through Waste Not. Becoming a founding volunteer and Project Leader at the Wolverton soup kitchen, is something I am extremely proud of and gave me my purpose back. I now know how I can contribute to society and that by doing so, I gain so much more than I give.

I have reflected on what were the main drivers of my actions of my wrongdoings. Why did I do it? It is a question that has plagued me for the last 5 years. Undoubtedly it all started to go wrong when I cheated on my wife and embarked on an affair with Ms Subeva. That decision haunts me. It was the beginning of the end for my family, for my career at Credit Suisse, creating an unsustainable environment at the bank and was the primary driver behind accepting the kickback for reducing the subvention fee. What started as a necessity to leave the bank turned into greed as the deals flowed in quick succession one after the other. I should have said no to the MAM deal which I inelegantly described as "rubbish" before Your Honor last July – I did not. There is no excuse. I hold no one else responsible for my decisions but I am nonetheless haunted by them.

I am grateful for the support and kindness that I have had from so many people – many of whom were strangers to me 5 years ago. To my fellow volunteers and to those in need that it has been my privilege to be able to help, and who given me so much more than I could ever possibly give back. To a few I owe a debt that I cannot repay, but without whose empathy, wisdom and guidance I doubt I would be here today.

When I came back to NY to testify before your honor in July, I met up with people I had not seen for 5 yrs - friends, my astonishing counsel and members of the DoJ. I heard over and over from those same people the words "you have changed". God knows Your Honor, I needed to. But without a doubt they are the words that make me most proud. I look back with shame and guilt at the man I was, but take some pride in my achievements since 2020.

I have worked hard over the last 5 years to make up for the wrongs, to try and earn trust from those I betrayed. I am not there yet, but I hope that I am on the right path and it is gratifying that those around me have seen it.

I now live and work amongst the working-class people of the UK. Where honesty, loyalty and family are valued more highly than money. Where hard work is rewarded with respect. I am committed to living my life in this vein – to play an active part in society, to work hard and earn an honest living and to work ever harder at regaining the trust of those that I have let down most.

I will stand before you on 6 March, knowing that whatever the outcome, I will have certainty. I have lived in a world of constant uncertainty and stress for the last 6 years but more

importantly, I have imposed that on my family. I am a father of three now young adults who have had the most terrible experience inflicted on them by their father. For some of them it has been too much to bear. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I cannot blame him, however heart breaking that decision has been for me. But…I am hopeful that after March 6, there will be no more uncertainty, that he will know that there is nothing that can happen that will hurt him again and that he will feel able to see and speak to me again.

Finally, I hope that one day, I will be remembered not as the poster child for greedy, immoral bankers but an example of what can be achieved by accepting responsibility, telling the truth and taking the consequences with dignity. Remembered as a positive example of what can be achieved by putting my mind and energies into good causes. And that by setting a good example to my children, by being brave…hopefully one day I will make them proud.

Respectfully,

*[signature]*

Andrew Pearse

London, United Kingdom