# EXHIBIT B

Andy Agar

Nicky Bell

Rupert Butler

Andrew Coltman

Megan Giometti

Mark Goldstone

Rev. Ann Kansfield

Catherine O'Flynn

Esmarie Van Heerden

Docusign Envelope ID: 7D0ABA99-3B84-4B9E-B56C-CA86FB8051BB

10 February 2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Re: *United States v. Andrew Pearse*, No. 18-CR-681 (WFK)
Dear Judge Garaufis:

My name is Andy Agar, I am a UK citizen and, following a long career in media and advertising, during which time I ran the marketing for New Corporation's UK newspapers and, for 17 years, my own advertising agency; I now consult in the sports industry.

I am writing to you to today in support of my close friend Andrew Pearse, who I first met at school in September 1981 and I am proud to say that, over 43 year later, we remain the very best of friends. I know his ex-wife Catherine and each of his three children. We have shared highs and lows over those 43 years, marriages, the birth of our children and the loss of parents and I am relieved to say that at each turn, Andrew has been there to offer me support, counsel and above all friendship. I hope that I have reciprocated the support he has shown to me and I will continue to do so.

Despite being one of my closest friends, Andrew was a difficult person to like whilst he was a banker. There is an unflattering banker stereotype in the UK which Andrew appeared to embrace over the course of the decade or so that he was in that industry. We have spoken at length about what happened in Mozambique and what caused such a catastrophic slide into criminality. I cannot condone what he did and he knows that. But Andrew has never shied away from telling the truth or tried to down play his conduct. I have never heard him complain about his situation. He knows that what transpired were the result of his ones decisions and he has owned them. I have also seen the deep regret and sadness that now shapes so much of his life.

I travelled to New York to be with him in court when he first appeared as a witness for the DOJ in October 2019. I witnessed first hand how difficult and terrifying being a cooperating witness can be and the impact it had both on his mental health and well being and that of his children.

He has lived with my family periods since his return to the UK in January 2020 and I have spoken or seen him almost every week since then. It has not been an easy ride, far from it, but he has faced his situation with resolve, determination to use his time to

Docusign Envelope ID: 7D0ABA99-3B84-4B9E-B56C-CA86FB8051BB

benefit others (as he did whilst in NYC in 2019 when volunteering for his local church) and with true humbleness and humility.

Andrew's current position is, of course, a challenging one, not just for him but also his family and in particular his three children; they are now successful young adults but each of them owes their success to the education and parenting that Andrew has provided for them, something for which I know that he and his wonderful family are very proud. There is no getting away from the fact that Andrew's arrest and guilty plea fractured his family life.  He is now divorced and his relationship with his children has been irreversibly changed for the worse. ████████████████████ ████████████████████ There can be few things worse than this. However, despite difficult circumstances, I know that he continues to be there for each of them and more broadly also supports both his mother and sister who are now living in their native New Zealand.

I believe his unerring support for his family speaks to his broader character; since his return to the UK he has, of course, lost his home, been unable to open a bank account, find suitable employment and afford a car but, whilst many would have crumbled in the face of such challenges, Andrew has thrown himself into volunteering and helping others. In particular, he has cooked each week at a soup kitchen for disadvantaged people, baking has become a particulate skill and passion, but over and above his cooking, he has specifically mentored and helped in the development of a young man with learning difficulties and social challenges, a young man whose confidence has grown beyond all recognition and for whom being around others is now no longer something to dread. For this alone, I believe he should be truly commended. But it is far from the only positive impact Andrew has had on the lives of others, my own family included.

I make no comment nor do I pass any judgement on the actions that have lead Andrew to this point in his life but I can say that, without exception, he now uses all endeavors to be the best versions of himself, to place the well being of others ahead of his own and to try and rebuild his relationships with his family. I am proud to have him as a friend and it is my firm belief that in the second half of his life he will use his knowledge, experience and kindness to the benefit of others.  I am pleased to say that the stereotype could not be further from the truth.

Respectfully,

Andy Agar

Marlow, United Kingdom

9th January, 2025

The Honorable Nicholas G. Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY. 11201

Dear Judge Garaufis:

My name is Nicky Bell, and I am Andrew's elder and only sibling. I reside in New Zealand with my two sons and partner, where I manage a corporate gym in Christchurch. Today, I write to you not just as his sister, but as someone who has known him intimately for his entire life. I ask that you consider a fuller, more complete picture of Andrew as a person—beyond the legal situation at hand.

From a young age, Andrew has always been my rock. Growing up, he was my protector and my confidant. I will never forget how, as a teenager, he would stay up late waiting for me to return home from nights out, quietly watching over me to make sure I arrived safely. Even though he pretended to be asleep when I came in, I always knew he was there, ensuring I was safe. This simple act of care has always stuck with me and reflects the kind of man Andrew is—someone who quietly and consistently looks out for those he loves, without asking for anything in return.

As adults, Andrew has continued to be the foundation upon which I rely. When I went through a difficult divorce, he was there to support me in ways no one else could. He helped me find a stable home for me and my boys, ensuring they had security and continuity in their education during a time of uncertainty. His unwavering support didn't stop there. When my eldest son, Jamie, was diagnosed with testicular cancer at the age of 19, it was Andrew who stepped in once again. Jamie spent time with Andrew in the UK, where he was welcomed into his home as part of the family. During this difficult time, Andrew provided not only a safe haven but also a sense of love, strength, and care, which helped Jamie heal in ways that words cannot describe.

As a father, Andrew is unparalleled. His children are his world, and he is everything a child could need in a parent. He is present, supportive, loving, and involved in every aspect of their lives. He puts them first in everything he does, and his devotion to them is evident in the way he has constantly strived to provide them with the best opportunities and experiences. Andrew has always been a dedicated father, fully committed to giving his children the love and stability they've needed to grow and thrive.

Beyond his family, Andrew has demonstrated remarkable compassion and commitment to his community. He has volunteered at a food bank in Banbury, UK, and worked tirelessly at two soup kitchens: the Foodcycle Soup Kitchen in Milton Keynes, UK, and another in Greenpoint, Brooklyn, NY. His kindness, generosity, and sense of humour have made him a valued and respected member of these teams, and at the Foodcycle Soup Kitchen, he even took on the role of team leader. Andrew has always given his time and energy selflessly, without expecting anything in return, focusing solely on making a positive difference in the lives of others.

These last 6 years since Andrew was convicted have been immensely difficult for our entire family, particularly by me, his children, and our elderly parents. None of us were prepared for such a long period of uncertainty, constantly worried about the outcome and the impact it was having on all of

us. We have had to watch Andrew's mental health deteriorate, with no home, no financial security and no idea when he would be able to restart his life. This has caused significant emotional strain, not least because I am so far away from him. The emotional toll on our family has been immense, and it has weighed heavily on all of us. Yet despite the difficult circumstances, I firmly believe in my brother and the goodness that has always been at the core of who he is.

I respectfully ask that you consider the man Andrew truly is— a loving son, an exceptional father, a devoted brother, and someone who has consistently demonstrated kindness and generosity towards others. While he acknowledges his mistakes, these do not define him. Rather, it is his capacity for love, compassion, and personal growth that truly reflects his character.

As his sister, and someone who loves him deeply, I kindly request that you allow Andrew the opportunity to continue his journey of making amends, mending relationships, and contributing positively to his family and the wider community.

Thank you for your time and consideration.

Sincerely,
Nicky Bell



Leverets

44a High Street
Sevenoaks
Kent
TN13 1JG

01732 455505
info@leveretsgroup.co.uk
**Our ref: 00045 Pearse**

The Honourable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn
NY, 11201

15 January 2025

Dear Judge Garaufis,

**Re: Andrew Pearse**

1. I am writing to you in my capacity as Andrew Pearse's appointed legal representative in England, in order to assist you in your sentencing of him.

2. I am a Barrister, called to the Bars of England and Wales (1988) and Ireland (1998), as well as the Head of Legal Practice of the Leverets Group, a combined practice of Barristers and Solicitors conducting commercial litigation ("Leverets").

3. I am writing with Andrew's permission and where I speak to information that would otherwise be confidential between a client and his lawyer, then I do so without any general waiver of privilege, but specifically for this purpose.

4. I first met Andrew in August 2019, shortly after he had been served with proceedings as a Defendant in a claim brought by the Attorney-General of Mozambique against Credit Suisse and others ("the civil proceedings"). He was, at that time, about to attend the trial of *USA v. Jean Boustani* in October 2019 to give evidence for the State's prosecution as a co-operating party.

5. Shortly after meeting Andrew, Leverets was invited to represent all three members of the "CS Deal Team" and, from March 2020, we also represented Surjan Singh and Detelina Subeva. In 2023 Detelina sought separate representation, but we have continued to work closely with her team, where collective interests coincide.

6. Although the civil proceedings settled in November 2023 for Andrew and his Co-Defendants in the CS Deal Team, we have continued to look after Andrew where he has needed our help and so Leverets' continuous role in his world has lasted for over 5 years.

7. Our help has ranged across many of Andrew's activities, including: the conditions of his bail, his role as a defendant in the civil proceedings, his immigration status, living under an INTERPOL Red Notice, being a criminal defendant in Mozambique and the Lebanon, his

Leverets is a trading name of Leverets Advocacy Limited, registered in England and Wales with company number 10224919 and VAT registered number 291 2477 90. Leverets is regulated by the Bar Standards Board - BSB entity number 187731. Our registered office is at 44a High Street, Sevenoaks, Kent, TN13 1JG.

**Leverets**

divorce, his relationship with his father, his employment, his role as a volunteer and, latterly, his creation, together with his friend Mark, of a charitable business repurposing domestic goods and furniture.

8.  In keeping with Leverets' ethos, we have stuck with Andrew through all of his difficulties and tried to take as much of the pressure off him as possible, befriending him where he has needed more than the conventional client-lawyer relationship.

9.  In the period of representing Andrew I have also got to know his former wife, Catherine, and met two of his children. For a period of time, Catherine worked at Leverets as a Solicitor and was our valued colleague, but whose career eventually took her in a different direction.

10. Andrew came to us at a moment of extreme pressure in his life. He had been indicted in the US, pled guilty, agreed to forfeit the overwhelming majority of his assets, his marriage was collapsing, he had moved out of his home, his relationship with his children was fractured and he was being sued for billions of dollars. He also feared further legal and regulatory process against him in England and abroad.

11. I am slightly older than Andrew and come from a similar background, growing up in the same part of South London and attending rival schools. We have some mutual friends. It has been extraordinary and upsetting for me to learn about the rise and fall of a person whose path I might also have followed up to a point.

12. My first impression of Andrew was of a man possessed with infinite resilience and mental strength – a typical product of our shared backgrounds and education. He appeared capable of rationalising his way through an impossible set of challenges and to absorb whatever was thrown at him. He was unfailingly courteous and polite, prompt with his instructions and responses, and engaged with all of the problems he faced. However, he could be brash, difficult and demanding, sometimes intellectually superior and arrogant. He came across as cold, distant and lacking in emotion.

13. Andrew always accepted responsibility for his situation and expressed his shame and regret for what he had done, especially its impact on the people of Mozambique, before he even reflected on his family and friends. However, in the early days it was not always easy to accept his sincerity.

14. The problems never stopped piling up for Andrew and the relentless pursuit of him in the civil proceedings appeared designed to break him. He had been desperate to take his punishment and move on to rebuilding his life after sentencing. The coincidence of the Covid19 Pandemic and the consequent postponement of his sentencing was a horrible blow. The endless waiting and uncertainty, especially surrounding Manuel Chang's extradition, were corroding Andrew's spirit. ██████████████████████████

██████████████████████████████████████████████

██████

2

Leverets is a trading name of Leverets Advocacy Limited, registered in England and Wales with company number 10323919 and VAT registered number 251 2412 90. Leverets is regulated by the Bar Standards Board - BSB entity number 181721. Our registered office is at 44 High Street, Sevenoaks, Kent, TN13 1JG.



15. We helped put in place support for Andrew and saw him fight his way back from the brink of oblivion. The Andrew that emerged from his crisis presented as a very different person. He had lost all of his defensive veneers and all of his confrontation. He was genuine in his desire to do the right thing and to rehabilitate himself with a proud legacy. He has worked hard at rebuilding trust with his family, but he has also had to accept with a good grace the disappointment of the damage he has caused. If I have any concerns then it is still Andrew's tendency towards introspection and too much self-criticism.

16. Andrew reached out for help from others, which was not at all easy, and became brimming with positive energy and ideas, as well as throwing himself wholeheartedly into volunteering, finding the redemptive power of giving through his work in a charity kitchen feeding those who were down on their luck – his hearty soups conjured from meagre ingredients are now the stuff of legends.

17. All of his recent experiences have been giving Andrew a healthy perspective and a real purpose, the culmination of which has been his community-based, not-for-profit, venture in upcycling and repurposing household goods, especially large furniture, for sale through charities. He has come up with an innovative and brilliant transport solution to the eternal conundrum for charities who need to cycle through the process of collection, restoration, reselling and delivery of physical donations that form part of their fund-raising. We have, in a very modest way, given some practical advice and made introductions for Andrew, but his new business is all of his own endeavour and it is hugely impressive.

18. In reflection, I have seen an extraordinary and uplifting evolution in Andrew's character, but it has been a brutal journey. I like this Andrew. I know he still fears for his future, especially the prospect of having to start all over again very far from his friends and family, but he does not complain, even in the face of what would be another personal catastrophe.

19. Please do not hesitate to contact me if you require any further information. I am, of course, more than happy to attend your court to provide evidence personally if that would assist.

Respectfully and sincerely,

**Rupert Butler**
**Head of Legal Practice of Leverets Group**

(E)    rupert.butler@leveretsgroup.co.uk
(M)    +44 (0) 7973 428874
Encs:   0

3

Leverets is a trading name of Leverets Advisory Limited, registered in England and Wales with company number 10923919 and VAT registered number 291 2372 90. Leverets is regulated by the Bar Standards Board - BSB entity number 181243. Our registered office is at 41a High Street, Sevenoaks, Kent, TN13 1JG

Docusign Envelope ID: 891BF273-7086-4B48-B26C-49F0974850B9

**The Honourable Nicholas G. Garaufis**
**United States District Judge**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn**
**NY, 11201**

[xx] January 2025

Dear Judge Garaufis,

**Re: Andrew Pearse**

My name is Andrew Coltman, I am an Arborist by trade and have known Andrew Pearse for nearly 3 years. I am 31 years old and grew up in mid Wales, the son of a farmer.

When I met Andrew for the first time I was working on a horse yard next door to the property that he and his then partner Tracey lived. Upon first meeting Andrew, I thought that he was a polite, well spoken and respectful man. He would always offer to help if it was needed and delivered on his word every time whether it be chopping logs or helping with bringing water during the winter freeze he would show up and always did his best to make everyone's day better which given his kind nature never seemed like any task was too daunting or large to undertake. He earned my respect very quickly with his positive attitude and a willing to achieve in everything he puts his mind to.

He earnt my trust through his integral means and I found that his work ethic and determination to succeed are key qualities that make Andrew a very likeable person. He is a man that I would admire to be similar to in the way that he treats people with kindness, patience and a willingness to learn and understand an individual to make them feel seen and respected is a quality I don't find in many people. Andrew has all of the positive characteristics of a person that I would take great pride in calling my friend.

In March 2024 Andrew approached me with a business idea where we would collect peoples unwanted items and drop them off with various charities across the country. Given Andrews great business skills and his honourable means to help people I figured I could take great pride in learning and working alongside him. My expectation from this company was high even though neither of us had ever worked in this area before and Andrew delivered on every level. It is hard work and long days driving a van around the country collecting furniture. Together we have cleared properties in really bad condition and helped our customers many of whom have recently lost loved ones. It is not glamorous work but it is rewarding.

Our customer base grew rapidly and it reflects on how hard Andrew works to meet the expectations of the client, charities and to ensure that each individual is left feeling positive and happy that our services met expectation. He is a man that takes a lot of pride in ensuring the happiness of people. This has been evident throughout the whole period that I have known him. Even if its costs time and is detrimental to him he will always put other needs before his own a quality that I have a lot of admiration for. He has taken his generosity and want to help people and has turned It into a successful business which as a result has

Docusign Envelope ID: 891BF273-7086-4B48-B26C-49F0974850B9

benefitted many people and repurposed lots of unwanted items which would otherwise have been sent to landfill and subsequently helped many charities sell more items and donate the money to admirable causes. Whilst achieving all these impressive feats Andrew would still find time on a Friday to help in the soup kitchen. In my eyes, this man dedicates his life to helping others and has touched the hearts of every community that he is a part of. His time and presence means so much to so many people and I have not seen him fail anyone in the time that I have known him, myself included.

I wish nothing but the best for this man and hope that he can succeed in whatever he wants to achieve in life, just like he helped me achieve in my life. I owe a lot of my personal progression to Andrew and the time he spent with me discussing business, life and everything in between has helped me develop into the person I always envisioned being. He wants nothing in return i.e. he just wants to see people as the best and happiest versions of themselves which is the most selfless quality I have experience in someone.

As a result of Andrews good personal traits, I will always be there to support him as he has done for me and many others. He truly is one of the most impressive individuals that I have met. He has always been honest with me including about his past. I know of the challenges he faces with his children and seen with my own eyes the difficulties of waiting for so long to be sentenced. Given the fact that through all the hardship within his life hasn't changed his positive attitude and the want to help others achieve the best that they possibly can is amazing. I deem Andrew a very kind and trustworthy man and will always be very proud to call him my friend.

Yours Sincerely

Andrew Coltman

January 27, 2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
              Re: Andrew Pearse

Dear Judge Garaufis:

My name is Megan Giometti, I currently reside in Brooklyn, where I have been for the last 20 years. I own businesses in New York, both Manhattan and Brooklyn, small neighborhood bars that have allowed me to become part of the community that I have served in that time.

I first met Andrew Pearse the day before the NYC Marathon 2019. As any New Yorker knows, the marathon is one of the best days in NYC, and we were preparing for the onslaught of customers the following day. He had obviously never experienced the marathon and I was excited for him to have that experience. He came back the next day and a friendship was born. Over the next couple of months, I showed him my NY, introduced him to friends, invited him for his first American Thanksgiving, basically invited him into my life, which is not something I take lightly. During this time I also learned much about him.

Andrew is a genuine person. We spoke a lot about his children, how much he missed them and he cried often about the strain his actions had put on their relationships. Since I have met him, he has been trying to redeem himself in their eyes, as they are clearly the most important part of him. He also, introduced me to new things in my community. He was volunteering at a local church, helping at the food lines or wherever they needed him. i think it made him feel needed and helpful and that was important during this time.

Andrew left Brooklyn at the end of 2019 to see his family whom he was missing greatly, with the pandemic occurring early 2020, his life was stalled as many of ours were. It has been a constant strain on him and his family as they have all been unable to move forward with his past actions still hanging over his head. We have remained friends and have kept in touch over the past five years, and I see him constantly trying to make himself a better person. I look forward to the day he can sit down at my table again.

Respectfully,

Megan Giometti
102 Bedford Ave 4L
Brooklyn, NY 11249

Mark Goldstone
23 Watling Drive
Newington
Kent
ME9 7FX
UK
3/7/2023

The Honourable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120

Re: *United States v. Andrew Pearse*, No. 18-CR-681 (WFK)

Dear Judge Garaufis:

I am Mark Goldstone mental health professional and businessman. I have known Andrew Pearse since 2007. Originally, we met over a shared love of whitewater kayaking and as our friendship grew we travelled around the country and the world in pursuit of our sport. Whitewater kayaking can be a stressful and at times dangerous sport where people are often tested to the limits of their physical and mental endurance Andrew is known in this area both as leader and key team player motivating all around him. In this sport your compatriots are your safety team so it is not an exaggeration to say that I trust Andrew with my life.

Andrew and I's friendship goes much further than just sports he has been a key support to me and my family through both good times and bad. When I lost my job unexpectedly Andrew was immediately available to provide both practical and emotional support. This is always given without expectation of anything in return. With his help and support I was able to recover from this misfortune.

Andrew is amazing with children both his own and others. I have personally learnt a lot about what it is to be a good parent by watching the way he has raised his 3 brilliant children now to the point of independence. Consequently, it was a pleasure to offer his son William work experience with my company during his gap year.

In my house he is know as "Uncle Andrew" despite their being no real family connection but I think this indicates the importance of Andrew in our lives and particularly to my daughter Lilah aged six. A bedtime story from him is a real treat and I have a much cherished photo of them together reading and laughing. Andrew sometimes deliberately mispronounces the names of the characters so Lilah can correct him. I have tried to replicate this game however she informed me that, "only Uncle Andrew is allowed to do the "funny names" game."

It would be easy to stereotype Andrew as an arrogant banker that takes advantage. However, this traditionally could not be further from the truth his significant but anonymous efforts to support charitable causes especially in education is the very antithesis of this view. Note also that Andrew does not choose his friends based on their wealth or status, my family for example is of is of modest means and certainly could not be described in anyway as rich.

Take also the way Andrew cares for those in his employ. Some years ago the young man employed to look after the horses (a passion of Andrew's former wife Katherine) was badly burned in an accident it was at least in part to Andrew's quick thinking and care that his injuries were not significantly more serious. Some years later Andrew was generous enough to allow the free use of his house and grounds so that same young man could hold his wedding reception.

Whilst on parole in New York Andrew volunteered with a church group and as far as understand quickly established himself as a valued team member. To my mind this speaks to Andrew's lack of judgement and lack of arrogance in the way he approaches people from all walks of life and who may be significantly less fortunate than himself. I think those who have contact with Andrew "feel" his humility and this allows him to form bonds with those from disparate backgrounds and experiences.

I was to say least both shocked and surprised when I learnt Andrew had been arrested. I can only think that this catastrophic lack of judgement so out of character was a reaction to stress caused by the breakdown within his marriage around this time.

I have been supportive of Andrew despite the current situation as firstly I know he would do the same if the situation were reversed and second because I still believe in Andrew's fundamental decency.

Clearly, he must now face justice however it is a source of significant comfort to me that he must do so in United States where he can at least expect fair hearing and the highest standards of jurisprudence.

It is my hope that this letter provides the court with some wider context about Andrew Pearse and allows it to make whatever decisions it must within that context.

Clearly complex legal cases take significant amounts of time and it is right that Andrew must atone for what has happened however I would like the court to note the significant effect this effective purgatory has had on his mental health and that of his loved ones.

To my mind Andrew there is a need to move forwards and allow Andrew to return to making a positive contribution to society that he is more traditionally known for and that I have no doubt he will do once this matter is resolved.

Respectfully,

Mark Goldstone

Addendum 18/1/2025

It has been a number of years since I wrote my original letter above and I stand by every word. Given the length of time passed I thought it useful to provide the court with an update.

In the intervening time Andrew's mental health has fluctuated significantly. To try and be a good friend I encouraged him to try and find some structure and meaning in his life beyond his legal issues.

In November 2023 we began brainstorming business ideas. Mine were mostly poor however Andrew felt he could disrupt the waste collection and house clearance sector based on a modern environmental concept of, "repurpose, rehome and reuse" allied with great customer service at a fair price. I helped him to develop the idea concentrating on these key concepts never sending things to landfill and donating as much as possible to charities.

In January 2024 www.waste-not.co.uk was born. I would do the back end office tasks in the evenings and weekends but Andrew would do all the operational delivery. Like many new businesses for the first few months we struggled however, through Andrew's sheer hard, work long hours and positive attitude even in the face of the dirtiest, most disgusting jobs eventually the business began to work.

We discovered this is not just a mechanical business frequently we are called to assist clear a property after a bereavement where a lot of patience and sensitivity is required and as you will see from our customer feedback below Andrew is able to provide comforting reassurance to the family that their loved one's belongings will be handled with care and respect.

Simply put the business cannot operate without Andrew so its future is highly dependent on him finally dealing with his legal issues.

Waste Not has built a solid customer base and received 100% 5 star review.
Below I have provided below a limited selection of our reviews at trust pilot.
https://uk.trustpilot.com/review/waste-not.co.uk

I think these show quite clearly how our customers see Andrew and paint a picture of the man who over the last year has gone above and beyond to meet and exceed their expectations.

Respectfully

Mark Goldstone

## A Brilliant Company

We used waste not to clear my late Aunts bungalow, at such a difficult time it was so nice to deal with such a caring and helpful company. The two gentlemen Andrew and Andy

were so kind and compassionate, and went out of there way to explain everything to me. I would definitely recommend using this company, they were brilliant. Thank you

## Exceptional Waste Removal at Unbeatable Prices

Andy & Andy are two friendly yet highly professional gentlemen from "Waste-Not" whom I met in a time of need.

I had accumulated too much junk in the house, garden, and shed that I needed to get rid of. The Birmingham City Council turned out to be more expensive than I expected, with restrictions on what they would take, as well as limitations on quantities and collection dates. Other waste collection businesses were charging two or even three times what "Waste Not" charges.

Being able to clear out what was holding me back not only inspired a fresh start, free from the burden of clutter, but it also increased the value of my property—all at an affordable price, which is fantastic.

I rate "Waste-Not" 10/10 and highly recommend them to anyone looking to clear out their current home or a newly purchased property.
They open up countless possibilities for a fresh start.

## Dream Team

This is the second time I've used Waste-Not. My initial experience was first class so didn't bother asking anyone else, just booked Andrew. The job was executed quickly & efficiently & I was kept informed every step of the way. If you want hassle free, Andrew is your man. John was a brilliant co pilot making them a dream team. Highly recommend.

## Fantastic service and all-round good experience

Dealing with 'Waste-Not' was a great experience from start to finish. Andrew could not be more helpful from initial quote, to giving advice, and flexing to our changing needs. Very quick, and thorough, making what is normally a stressful moving situation, seamless. Amazing customer service on the phone, in person and throughout, as well as totally transparent on costs. We would not hesitate to recommend or use again. Thank you so much to the whole team.

## First class company and experience

First class company and experience. We needed help quickly to move some furniture from an upstairs flat after a bereavement. So accommodating, texted to let us know that

they were close by and we have to say a huge thank you to Andrew for helping us get the large sofa out!! Fantastic service, pricing and we want to say we truly appreciated how easy you made it seem! Absolutely happy to recommend and use again.
Denise & Lorraine

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Andrew Pearse</u>

Dear Judge Garafus,

As a child, my sensible middle class midwestern mother taught me the basics of saving and investing that she had learned on her own by reading the Wall Street Journal. One of her mantras was "remember, all bankers are crooks." This is probably why I rebelled after college by getting my Series 7 license and working at a brokerage house. But I assured my mother I was not going to be a crook.

I quit my job the evening of September 10, 2001 after my branch manager wanted me to sell an insurance product for which I wasn't yet licensed. The next morning, I learned first hand that the work of a stock broker is useless in an actual emergency. Having been inspired by Mychal Judge's sacrifice on 9/11, I entered seminary hoping to find some meaning in life and a way to serve others rather than just making money for myself.

A few years later, I became the pastor of the Greenpoint Reformed Church. In 2007 we started a food pantry and soup kitchen. It's grown to be a very large operation. Each week 20-25 volunteers show up to cook a meal and distribute groceries to some of the most vulnerable and marginalized people in Brooklyn - homeless folks, addicted folks, undocumented folks, recently incarcerated folks, seniors living off SSI, and working families trying to make it to the end of the month. We operate on a shoestring budget. The whole enterprise is rather foolish from a financial perspective. And yet, it's a magical, holy kind of place.

Our guests and volunteers tend toward being a bit rough-and-tumble. It isn't unusual to encounter someone involved with the justice system, and I don't mean a member of the bar. More like someone who has gotten into a bar fight, stolen from a bar or dealt drugs in a bar. To be clear, Andrew Pearse isn't our usual type of criminal.

I first encountered Andrew peeling carrots in the kitchen. He looked far more put together than our usual crew, which made me slightly suspicious. Why was a well dressed middle aged white man with a British accent peeling carrots in our kitchen at 2pm in the afternoon? I asked our volunteer manager about him. She said she didn't know much about him, but noted that he seemed worried when she joked that we "required a background check" in order to volunteer.

Out of sheer curiosity, I started a conversation with this international man of mystery. Asking about how he learned about our soup kitchen, where he was from, and what he did professionally. In particular, I remember him saying "up until a few weeks ago, I ran a hedge fund in England, but my entire life has fallen apart." A statement like this is catnip for a pastor, and the only response is "please, tell me more."

Andrew shared openly about his situation. In particular, his deep shame about what he had done to his family. I remember him acknowledging that he had lost everything, to which I replied "kind of like Job?" He did not know the story of Job.

Over the next several months, Andrew returned again and again to help make the meal and distribute the groceries. He eagerly signed up for the dirty jobs that no one wanted. I thought perhaps he was volunteering in order to curry favor with the court. But over time I realized he was volunteering without any other motive than attempting to find some meaning in his life by serving others. To find a way to respect himself.

There's a difference between punishment and discipline. Punishment focuses on making people suffer for past mistakes while discipline teaches people to make better choices. My children will often hear me speak about the "natural consequences" of their actions. I believe that Andrew Pearse has definitely experienced the emotional and spiritual pain of consequences of his actions.

To be clear, I do not like bankers. I especially do not condone the ones who do illegal and immoral things. And, I believe that Andrew Pearse has experienced the necessary discipline to ensure that he will never make such mistakes again.

Over the years, I have coached Andrew through attempting to make amends to some of the people he hurt. I have watched him learn humility. I have seen him grow into being someone who he can respect and who respects those around him. At one point, I asked Andrew to help with the church's finances. Our books were a mess. Andrew seem surprised that I would trust him with anything financial. I share this to say, that over time, I have seen Andrew become trustworthy.

In particular, I remember the day when the volunteers decided to get McDonalds and sent the two of us to pick it up. Like a real New Yorker, I looked both ways and crossed Greenpoint Ave. against the light. Ten paces later, I realized Andrew was still at the corner waiting for the light to change. When we got inside, he saw that they had transitioned from human cashiers to automated order taking with payment by credit card. He looked genuinely sad and said "I don't think I can order since I can only pay with cash."

I write all this to ask you for mercy for Andrew Pearse. I'm sure that he is willing to serve out whatever sentence you give to him. And he will tell you that whatever that is, he deserves it. The request for mercy in determining his sentence is to please take into consideration his relationship with his children who live in England and his ability to visit them. In short, please consider a sentence which would not keep him from traveling to the United Kingdom.

Sincerely yours,

Rev. Ann M. Kansfield

29 January 2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Andrew Pearse*, No. 18-CR-681 (WFK)

Dear Judge Garaufis:

Docusign Envelope ID: A4613A7E-5533-4C9C-8CF7-FE1AE8F0E03F



Respectfully,

Catherine O'Flynn

London, United Kingdom

05/02/2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Andrew Pearse*, No. 18-CR-681 (WFK)

Dear Judge Garaufis

I have known Andrew for over 7 years and was employed by him from July 2015 to run his
South African farm. I dealt with Andrew on a daily/weekly basis. During this time, I got know
Andrew very well and he soon became a friend more than a boss. He is kindhearted and always
was concerned for the wellbeing of others. I have met two of his children when they visited
South Africa and know him to be a devoted and loving father. His children mean everything to
him.

I wanted to take this opportunity to tell you of some of the acts of kindness that I witnessed, and
which make me convinced that Andrew is at heart a good person who can do good things of
others.

When we started the development of the farm, he also took to heart that the farm workers don't
have their own homes. They lived on the farm, but it was not their own homes and the conditions
of the houses that they lived in were terrible. Often 3 generations lived in houses with 2
bedrooms and only basic kitchens and bathrooms. Once he met the farm workers and listened to
them, he decided to buy each of them their own home, at a combined cost of approximately
$235,000, with each of them having their own title deed to their homes. Five families now own
homes that they would never have been able to before. I have seen very moving letters from the
workers families to Andrew. He truly transformed their lives.
When he came to South Africa it was always important to him to make each of us understand
that he is there for us and if there is anything that is bothering us, we can reach out to him.

To buy houses for farm workers is totally unheard of in South Africa. They asked the question,
he listened – he emphasized – he understood, and he gave them something that they never could
dream off.

In South Africa a farmer will use this gesture for advertising and make a big deal of it, but we
never did. This was about the staff, this was not about showing off, this was about a good person
that wanted to help those in need.

Andrew also made sure that once we start to sell our wine, we have to donate a certain
percentage of the profit to charities.

In 2016 Andrew decided to support the local community.  He personally visited several local orphanages, child charities and local communities that needed upliftment. It was very important to him to give back to the community. In the end, Andrew decided to support two key projects. The first one was a charity that supported children that had been the victim of child abuse, to which he donated approximately $40,000.  People in South Africa do not want to admit that there is child abuse in their communities. Because of the stigma attached to this issue in South Africa, it was not easy for this charity to raise funds which made it even more important to Andrew.  The second project was a local children's center that provides food and a safe place to stay for young children who would otherwise be hungry and preyed on by criminal gangs.  Andrew donated approximately $20,000 to that charity.

We even got involved in the workers community as they mentioned to him that they are concerned about drug use and child prostitution in their community. It was very important to Andrew that I contact the local police, social workers and to ask if there is anything we can do to assist.

I can honestly say that every single person that met him felt the same. Soon he became a friend in our house and a friend to every person that crossed his path. I really hope my words in this letter can give you an idea of the person that I met, the person that I've worked for and the person that I will forever keep close to my heart as this is the person that meant a lot to everyone around me, including myself.

Respectfully,

Esmarie Van Heerden
Somerset West
South Africa.