# EXHIBIT C

1  A    No.

2  Q    Do you have access to it now?

3  A    No.

4  Q    Did you also own some land in the United Kingdom?

5  A    Yes.

6  Q    Who owns it now?

7  A    My ex-wife.

8  Q    At some point did you decide to cooperate with the
9  Government?

10 A    Yes, sir.

11 Q    Why did you decide to cooperate?

12 A    I made that decision --

13          MS. SOLANO:  Objection.

14          THE COURT:  You may answer.

15 A    I made that decision in April of 2019.  I'd been arrested
16 in January 2019.  Between those two dates, we lost my
17 brother-in-law, he passed away.

18          And then I was teaching my youngest son to drive.
19 He stopped at one point and said:  Listen, dad, you told us
20 what happened.  You need to put your hand up.

21          Because the way I brought him up was if you make a
22 mistake, you put your hand up, you take it on the chin.  And
23 he lived by that code.  He was a 17-year-old boy, so the world
24 is black and white.

25          So I said:  Yeah, okay, you're right.  That's what I

1  should do.

2           Subsequently I agreed to cooperate with the
3  Government, in the hope that one day he will respect me a bit
4  more. I haven't spoken to him pretty much since that day.
5  That was the reason that I decided to cooperate. I need to
6  set an example to my children, whose lives I just decimated
7  and who I was now a stranger to, a second life.
8  Q    Mr. Pearse, after you're arrested in connection with your
9  case, you indicated earlier you pled guilty to a crime. What
10 did you plead guilty to again?
11 A    Conspiracy to commit wire fraud.
12 Q    Did you plead guilty in connection with an agreement with
13 the Government?
14 A    Yes, sir.
15 Q    I'm going to show you Government Exhibit 3500AP3, last
16 page. Is that your signature on this agreement?
17 A    Yes.
18 Q    What is this document?
19 A    This is a cooperation agreement.
20           MR. MEHTA:  Move to admit 3500AP3.
21           MS. SOLANO:  No objection.
22           THE COURT:  3500AP3 is received in evidence.
23           (Government Exhibit 3500AP3, was received in
24 evidence.)
25 BY MR. MEHTA

1  Q    What did you say?
2  A    I said that sounds good.
3  Q    Now, Mr. Pearse, how much money were you making a year at
4  Credit Suisse at this time?
5  A    Between three and three-and-a-half million dollars a
6  year.
7  Q    Why did you agree to the kickback?
8  A    That's a question I've asked myself over and over again.
9  My children asked me that.  There's no getting away from
10 greed.  There was -- it was a lot of money being offered for
11 doing very little on my behalf.  I knew the bank could reduce
12 the fee.  ==It was greed.  No other -- there's no other word to==
13 ==describe it.==
14 Q    Now, did you talk to Mr. Singh about the fee before you
15 talked to Mr. Boustani about it?
16 A    I spoke to him about whether the fee could be reduced,
17 yes.
18 Q    Now, who did you tell about this kickback after agreeing
19 to Mr. Boustani?
20 A    I spoke to Surjan Singh and Detelina Subeva about it.
21 Q    Did you ask Mr. Boustani to reach to anybody at Credit
22 Suisse about this fee?
23 A    I'm sorry, sir, can you repeat that question?
24 Q    Did you ask Mr. Boustani to reach out to anyone at Credit
25 Suisse about this fee?