# EXHIBIT H







Hi Andrew

**The Big Give Christmas Challenge** has kicked off to a promising start! A huge thank you to everyone who has already donated, your donation will help us to support more vulnerable people this winter.

We still have a way to go to reach our target and unlock the match funding available. There's no better time to support FoodCycle than now when your donation will be doubled. If you're able to make a donation, it would mean the world to us and those we support, like Ian...

**MAKE A DONATION**

*"Due to financial constraints, I can't afford to cook a meal everyday. If it wasn't for FoodCycle, I would really be struggling. FoodCycle has been a lifeline for me, providing me with delicious meals every week!"* - Ian, FoodCycle guest

Ian is a regular guest in Birmingham and has been attending for over four years. At first, he came for the hot, tasty meal as money was tight. But now, it's more than that – he really cherishes the opportunity to socialise and meet new people too.



*"What makes FoodCycle particularly special to me is the opportunity to socialise. I've met so many new people to chat with, which has helped combat loneliness and has certainly encouraged me to get out more."* - Ian

Ian's story is just one example of the positive impact that FoodCycle can have on people's lives and showcases how important our community meals are to so many.

By supporting FoodCycle through the Christmas Challenge, your donation will unlock twice the value. **The Big Give Christmas Challenge donation page** is live until 5th December.

**DONATE NOW**



   

FoodCycle is a registered charity, no.1134423 and registered address, 2.16 The Food Exchange, London, SW8 5EL.

Unsubscribe





Volunteer
(https://foodcycle.org.uk/volunteer-roles/)          Donate
(/donate/)          

(https://foodcycle.org.uk/)

# Join us at FoodCycle Milton Keynes Wolverton

**FoodCycle Milton Keynes Wolverton welcomes anyone to attend as a guest and enjoy a FREE hot meal. No need to book. Just turn up on the day!**


**Location**
The Old Bath House, 205 Stratford Road, Wolverton, Milton Keynes, MK12 5RL


**When**
Friday


**Time**
12:30 pm


**Contact**
miltonkeyneswolverton@foodcycle.org.uk


**Family Friendly**
Yes


**Accessibility - Disabled Toilet**
Yes


**Accessibility - Disabled Parking**
Yes


**Accessibility - Flat**
Yes

# How to Find Us



Follow the building to the sheltered area towards Tesco's you will be able to enter through the main doors to there.



## Interested in Volunteering?

FoodCycle Milton Keynes Wolverton will only be possible thanks to great volunteers giving their time, enthusiasm and energy. If you'd like to volunteer at one of these events, we are always looking for cooks, hosts and food collection volunteers.

**Sign Up
(https://volunteer.foodcycle.org.uk/volunteer-sign-up)**

**Volunteer Roles
(/volunteer-roles)**

# FAQs

Can I come to a FoodCycle meal?                                              **+**

Can I volunteer?                                                             **+**

How do you choose a location for a FoodCycle project?                       **+**

What is 'food poverty'?                                                      **+**

Is FoodCycle a food bank?                                                    **+**

What is 'surplus food' and how much food waste is out there?               **+**

How do you source your food?                                               **+**

I have leftover food. Can I donate it?                                     **+**

Why don't you serve meat and fish?                                         **+**





# Fundraising

Want to help us create a society where no-one is hungry or lonely? Visit our fundraising page for a menu of ideas for getting involved and raising vital cash.

### Find out more
### (https://foodcycle.org.uk/fundraise/)

# Stay connected

Subscribe to get the latest news, volunteering opportunities, events and updates sent to your inbox each month. You can unsubscribe at any time.

First Name                Last Name                Email Address

## Sign Up

See our privacy policy for more information on how we use your information.



**(https://foodcycle.org.uk/)**

**Volunteer
(https://foodcycle.org.uk/volunteer-roles/)**

**Donate
(https://foodcycle.org.uk/donate/)**

**FoodCycle Head Office**

2.16, The Food Exchange
New Covent Garden Market
London, SW8 5EL
t: 020 7729 2775(tel:02077292775)
e: hello@foodcycle.org.uk(mailto:hello@foodcycle.org.uk%20)

**Links**

Find a Meal(https://foodcycle.org.uk/find-a-meal/)
Community Meals(https://foodcycle.org.uk/community-meals/)
Who We Are(https://foodcycle.org.uk/who-we-are/)
Fundraise(https://foodcycle.org.uk/fundraising/)

**Cookie Policy (https://foodcycle.org.uk/cookie-policy/)**

**Privacy Policy (https://foodcycle.org.uk/privacy-policy/)**

© FoodCycle 2022

Registered charity No. 1134423
Company limited by guarantee no. 7101349

Website by **me&you (http://www.meandyou.co.uk/)**





