

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

July 30, 2025

**<u>VIA ECF</u>**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *United States v. Boustani et al.*, 18 Cr. 681 (NGG)

Dear Judge Garaufis:

  I represent defendant Andrew Pearse in the above-referenced action.  Previously, the parties suggested a briefing schedule for submissions regarding the Court's restitution order entered on May 16, 2025 (ECF No. 803) as follows: July 29, 2025 – Defense submissions; August 12, 2025 – Government responses; August 19 – Defense replies (if any).  I am seeking an extension of the foregoing briefing schedule by ten days.  Therefore, Defense submissions would be due on August 8, 2025; Government responses on August 22, 2025; and Defense replies, if any, would be due on August 29, 2025.  I am seeking the extension of time because I have been having challenges conferring with my client due to scheduling conflicts, time-zone issues and loss of time due to care-giving for a family member.  The other parties, including the government, do not oppose my request.  This is my first request for an extension of time to file submissions regarding the restitution order at issue.  This request does not appear to affect any other scheduled dates.

  We thank the Court in advance for its consideration of this matter.

    Respectfully submitted,

     /s/

    Dawn M. Cardi

cc: All Counsel (by ECF)