U.S. Department of Justice

United States Attorney
Eastern District of New York

JS/MC/PC
F. #2016R00695

271 Cadman Plaza East
Brooklyn, New York 11201

July 31, 2025

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Boustani, et al.
               Criminal Docket No. 18-681 (NGG)

Dear Judge Garaufis:

      Pursuant to the Court's orders of June 18 and July 30, 2025, the government respectfully proposes the following schedule for briefing on the Court's restitution order of May 16, 2025 (ECF No. 803):

      Defense submissions: August 8, 2025

      Government responses: August 22, 2025

      Defense replies (if any): August 29, 2025

The government understands, based on the submission filed by defendant Andrew Pearse on July 30, 2025 (ECF No. 828), that the defendants do not oppose this schedule.

                                       Respectfully submitted,

                                       JOSEPH NOCELLA, JR.
                                       United States Attorney

               By:      /s/
                       Jonathan Siegel
                       Assistant U.S. Attorney
                       (718) 254-7000

MARGARET A. MOESER
                            Chief, Money Laundering &
                            Asset Recovery Section
                            Criminal Division
                            U.S. Department of Justice

                    By:         /s/
                            Morgan J. Cohen
                            Trial Attorney
                            (202) 606-0116

                            LORINDA LARYEA
                            Acting Chief, Fraud Section
                            Criminal Division
                            U.S. Dept. of Justice

                    By:         /s/
                            Peter L. Cooch
                            Trial Attorney
                            (202) 924-6259

cc:    Clerk of the Court (via ECF)
       All Counsel of Record (via ECF)