COUNSELORS AT LAW



Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

August 18, 2025

**VIA ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *United States v. Boustani et al.*, 18 Cr. 681 (NGG)

Dear Judge Garaufis:

  I represent defendant Andrew Pearse in the above-referenced action. On July 31, 2025, the Court granted the parties' request for an amended briefing schedule on the issue of restitution with defendants' submissions to be filed by August 8, 2025, government's responses by August 22, 2025 and defendants' replies, if any, by August 29, 2025. On August 8, 2025, Surjan Singh and Detelina Subeva filed their submissions regarding restitution. We seek a further adjournment of time to file Mr. Pearse's submission, specifically, 30 days, as we are still seeking clarification of certain issues best fielded by predecessor counsel some of whom are unfortunately out of the office. We have discussed our request with counsel to the other defendants and the government and they do not object to our request. This is my second request on behalf of Mr. Pears for an extension of time to file a submission regarding the restitution order at issue. This request would affect the current briefing schedule in terms of the government's response to Mr. Pearse's submission. We would consent to any amount of time the government views as warranted.

  We thank the Court in advance for its consideration of this matter.

           Respectfully submitted,

           /s/

           Dawn M. Cardi

cc: All Counsel (by ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com